d4f
c/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

       -v-                                                    NOTICE OF SENTENCING
                                                             DOCKET # CR-94-1238     (RJD)

GIOVANNI BRUSCA,

              Defendant(s).
-------------------------------------------------X

       JUDGE RAYMOND J. DEARIE will sentence the above named defendant(s)

on   **NOVEMBER 18, 2005**        at  **10:00AM**                          .
BRIEFING SCHEDULE AS FOLLOWS:

DEFENSE SUBMISSIONS, IF ANY, DUE:                   11/4/05
GOVERNMENT SUBMISSIONS, IF ANY, DUE:        11/11/05

**IF THERE IS A PLEA AGREEMENT, GOVERNMENT COUNSEL IS DIRECTED TO FORWARD A COPY OF THE SIGNED AGREEMENT TO MS. MULQUEEN, FORTHWITH.**

    The Clerk of the Court is directed to mail copies of this notice to all counsel

in this case.

    **SO ORDERED.**

Dated:   Brooklyn, New York
           JUNE 7, 2005

                                                    _____
                                                    **RAYMOND J. DEARIE**
                                                    **UNITED STATES DISTRICT JUDGE**