UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

GIOVANNI BRUSCA,

        Defendant(s).
-------------------------------------------------X

NOTICE OF SENTENCING
DOCKET # <u>CR- 94-1238     (RJD)</u>

JUDGE RAYMOND J. DEARIE will sentence the above named defendant(s)

on   **FEBRUARY 17. 2006**            at   **10:30AM**                                    .

**BRIEFING SCHEDULE AS FOLLOWS:**

DEFENSE SUBMISSIONS, IF ANY, DUE:      **FEBRUARY 3, 2006**
GOVERNMENT SUBMISSIONS, IF ANY, DUE:   **FEBRUARY 10, 2006**

**IF THERE IS A PLEA AGREEMENT, GOVERNMENT COUNSEL IS DIRECTED TO FORWARD A COPY OF THE SIGNED AGREEMENT TO MS. MULQUEEN, FORTHWITH.**

    Should counsel have any questions, they are directed to call Ms. Mulqueen at 718 260-2435.

    The Clerk of the Court is directed to mail copies of this notice to all counsel in this case.

    **SO ORDERED.**

Dated:   Brooklyn, New York
        NOVEMBER 28, 2005

                                            **RAYMOND J. DEARIE**
                                            **UNITED STATES DISTRICT JUDGE**